IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD RAY LONG and MINDY ANN CLAY | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:23-cv-425-K |
| ALACRITY SOLUTIONS GROUP, LLC, | § § | |
| Defendant. | § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed March 20th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE